IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA VASSALOTTI, | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 08-5574 |
| WELLS FARGO BANK, N.A., | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 9th day of August 2010, it is **ORDERED** that Defendant's Motion to Dismiss (Doc. # 40) is **GRANTED** in part and **DENIED** in part. Defendant's Motion to Dismiss Count I of the Third Amended Complaint is **GRANTED.** Defendant's Motion to Dismiss Counts IV and V of the Third Amended Complaint is **DENIED**.

Anita B. Brody
_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:      Copies **MAILED** on _____ to: