**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARIA VASSALOTTI, | : | |
|    Plaintiff | : | |
| | : | CIVIL ACTION |
|       v. | : | |
| | : | NO. 08-5574 |
| WELLS FARGO BANK, N.A., | : | |
|    Defendant | : | |

## ORDER

**AND NOW**, this 22nd day of September 2011, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. # 56) on all remaining Counts of Plaintiff's Third Amended Complaint is **GRANTED** in part and **DENIED** in part. Defendant's Motion for Summary Judgment on Count IV (FCRA) is **GRANTED.** Defendant's Motion for Summary Judgement on Count V (UTPCPL) is **DENIED**. Defendant's Motion for Summary Judgement on Count II (Breach of Contract) is **DENIED**, without prejudice to present more authority on the same issues at a later stage in the proceedings.

                                                                                 s/Anita B. Brody

                                                            _____
                                                             ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                   Copies **MAILED** on _____ to: